IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| COOK | 02-1424 |
| GORMAN | 02-1508 |
| GREY | 02-1524 |
| CHECK | 02-1531 |
| JENKINS | 02-1538 |
| RHOBOTHAM | 02-1554 |
| PAULL | 02-1559 |
| VILLESCAZ | 02-1599 |
| CAMPBELL | 02-1622 |
| CRUZ | 02-1945 |
| NIXON | 02-2018 |
| SPENCER | 02-2039 |
| WEATHERFORD | 02-2046 |
| AMYX | 02-2279 |
| CHAVIRA | 02-2286 |
| FREEMAN | 02-2293 |
| WAITES | 02-2327 |
| DOAN | 02-2456 |
| JONES | 02-2463 |
| MORAN | 02-2468 |
| SCOTT | 02-2477 |
| MCINTOSH | 02-2493 |
| SCHENK | 02-2502 |
| EDER | 02-2766 |
| RADCLIFF | 02-3055 |
| WHITE | 02-3078 |
| MARSH | 02-3122 |
| BROWN | 02-3253 |

VS.

BAYER CORPORATION, *et al.*

**O R D E R**

      **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

|   |   |   |   |
|---|---|---|---|
| [  ] | - | | Order staying these proceedings pending disposition of a related action. |
| [  ] | - | | Order staying these proceedings pending determination of arbitration proceedings. |
| [  ] | - | | Interlocutory appeal filed. |
| [ X ] | - | | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Jan E. Dubois, Judge**